Submitted on record and briefs October 6, reversed and remanded for new trial November 22, 2000, petition for review denied February 6, 2001 (331 Or 598)

STATE OF OREGON,
*Respondent,*

*v.*

THOMAS LEE LEDBETTER,
*Appellant.*

(9808-1856FB; CA A104778)

14 P3d 693

David E. Groom, Public Defender, and Louis R. Miles, Deputy Public Defender, filed the brief for appellant.

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Linder and Brewer, Judges. ·

PER CURIAM

Reversed and remanded for new trial. *State v. Maddox,* 165 Or App 573, 997 P2d 276, *rev den* 331 Or 244 (2000).